### 1971.  AUSTIN v. THE STATE.

POWELL, J.  The defendant was indicted for murder and convicted of volun-
    tary manslaughter.  There was no phase of the evidence which would
    have entitled him to an acquittal, or which would have supported a con-
    viction for a lesser offense than voluntary manslaughter, and even under
    his own statement he was guilty of that offense.  The judgment is there-
    fore                                                        *Affirmed.*

Indictment for manslaughter, from Elbert superior court—
Judge Meadow.   May 31, 1909.
    Submitted July 14,—Decided July 31, 1909.
    *Sam L. Olive,* for plaintiff in error.
    *Thomas J. Brown, solicitor-general,* contra.

### 1972.  WRIGHT v. THE STATE.

HILL, C. J.  This case is controlled by the decisions of this court in *Burris*
    v. *State,* 2 *Ga. App.* 418 (58 S. E. 545), and *Duncan* v. *State,* 1 *Ga. App.*
    118 (58 S. E. 248), and cases there cited.        *Judgment reversed.*

Indictment for assault with intent to murder, from Elbert supe-
rior court—Judge Meadow.   May 31, 1909.
    Submitted July 14,—Decided July 31, 1909.
    *Sam L. Olive,* for plaintiff in error.
    *Thomas J. Brown, solicitor-general,* contra.